```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 05 B 09668
    MICHAEL J VRBANCIC
    DIANE M VRBANCIC                        CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-8894     SSN XXX-XX-2893

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 03/17/2005 and was confirmed 05/18/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  38.00% from remaining funds.

     The case was paid in full 10/09/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                           PAID            PAID
------------------------------------------------------------------------
CHASE MANHATTAN MORTGAGE  CURRENT MORTG       .00           .00            .00
DOWNERS GROVE NATIONAL B  SECURED             .00           .00         1813.82
DOWNERS GROVE NATIONAL B  UNSECURED           .00           .00            .00
HARRIS NA                 SECURED             .00           .00            .00
COLE TAYLOR BANK MIDAMER  CURRENT MORTG       .00           .00        21270.66
TCF BANK                  CURRENT MORTG       .00           .00            .00
NATIONAL CAPITAL MANAGEM  SECURED             .00           .00            .00
INTERNAL REVENUE SERVICE  PRIORITY            .00           .00            .00
DOWNERS GROVE NATIONAL B  UNSECURED           .00           .00            .00
US DEPT OF EDUCATION      UNSECURED           .00           .00            .00
US DEPT OF EDUCATION      UNSECURED           .00           .00            .00
US DEPT OF EDUCATION      UNSECURED           .00           .00            .00
COLE TAYLOR BANK MID AME  UNSECURED           .00           .00            .00
TRANSOUTH                 SECURED             .00           .00            .00
OTTENHEIMER TEPLINSKY &   DEBTOR ATTY    2,000.00                      2,000.00
TOM VAUGHN                TRUSTEE                                      1,519.52
DEBTOR REFUND             REFUND                                           .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              26,604.00

PRIORITY                                             .00
SECURED                                        23,084.48
UNSECURED                                            .00
ADMINISTRATIVE                                  2,000.00
TRUSTEE COMPENSATION                            1,519.52
DEBTOR REFUND                                        .00
                     ---------------         ---------------
TOTALS               26,604.00                 26,604.00

               PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 09668 MICHAEL J VRBANCIC & DIANE M VRBANCIC
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/28/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE